```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 09001
   TONIA F SCOTT
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-6692


------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 04/13/2008 and was not confirmed.

     The case was transferred to Glenn Stearns, Trustee on 06/12/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
ACC CONSUMER FINANCE       SECURED VEHIC         .00         .00          .00
ACC CONSUMER FINANCE       UNSECURED       NOT FILED         .00          .00
CHASE AUTO FINANCE         SECURED VEHIC         .00         .00          .00
CHASE AUTO FINANCE         UNSECURED       NOT FILED         .00          .00
INTERNAL REVENUE SERVICE   PRIORITY          4000.00         .00          .00
AMERICAN EXPRESS           UNSECURED       NOT FILED         .00          .00
CREDITORS COLLECTION BUR   UNSECURED       NOT FILED         .00          .00
CREDITORS COLLECTION BUR   UNSECURED       NOT FILED         .00          .00
FIRST EXPRESS              UNSECURED          339.73         .00          .00
ILLINOIS COLLECTION SE     UNSECURED       NOT FILED         .00          .00
LASALLE BANK               UNSECURED       NOT FILED         .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED       NOT FILED         .00          .00
REVENUE CYCLE              UNSECURED       NOT FILED         .00          .00
RRCA ACCTS MANAGEMENT IN   UNSECURED          160.00         .00          .00
RRCA ACCTS MANAGEMENT IN   UNSECURED       NOT FILED         .00          .00
STATE COLLECTION SERVICE   UNSECURED       NOT FILED         .00          .00
MARKEITA YEARGAIN          NOTICE ONLY     NOT FILED         .00          .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1563.47         .00          .00
INTERNAL REVENUE SERVICE   UNSECURED          200.00         .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY           .00                      .00
TOM VAUGHN                 TRUSTEE                                        .00
DEBTOR REFUND              REFUND                                         .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                       .00
TRUSTEE COMPENSATION                                 .00
DEBTOR REFUND                                        .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 09001 TONIA F SCOTT
```

```
                               ---------------      ---------------
TOTALS                                    .00                  .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
   Dated: 09/24/08                 _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```